IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM M. CLANTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DOLLAR A DAY BENEFITS, LLC, LIVE CALL TRANSFER NEW YORK, and ANTHONY PATANE Individually,<br><br>        Defendants. | NO. 5:16-204 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff William M. Clanton hereby files his Notice of Dismissal that the above-styled and numbered action, including all causes of action raised therein, should be DISMISSED WITHOUT PREJUDICE.[1]

---

[1]Although this matter was filed as a class action, the class was never certified.  Court approval of the dismissal pursuant to Rules 23(e), 23.1(c), 23.2, and 66 of the Federal Rules of Civil Procedure is not, therefore, required.  As no answer or motion for summary judgment was filed by Defendant, no court order is necessary for dismissal.  FRCP 41(a)(1)(A)(i).

Respectfully submitted,                                    By:      /s/ Bonner C. Walsh
                                                                     Bonner Walsh
                                                                     TX State Bar No. 24051766
                                                                     **WALSH PLLC**
                                                                     3100 SCR 406
                                                                     PO Box 1343
                                                                     Telephone: (541) 359-2827
                                                                     Facsimile: (866) 503-8206
                                                                     Email: bonner@walshpllc.com

                                                                     Innessa S. Melamed (*pro hac vice*)
                                                                     NY State Bar No. 5016886
                                                                     FARUQI & FARUQI, LLP
                                                                     685 Third Avenue, 26th Floor
                                                                     New York, NY 10017
                                                                     Telephone:  (212) 983-9330
                                                                     Facsimile:  (212) 983-9331
                                                                     Email:  imelamed@faruqilaw.com

                                                                     Adam R. Gonnelli (admitted *pro hac vice*)
                                                                     NY State Bar No. 2901361
                                                                     **THE SULTZER LAW GROUP P.C.**
                                                                     85 Civic Center Plaza, Suite 104
                                                                     Poughkeepsie, NY 12601
                                                                     Telephone: (845) 483-7100
                                                                     Fax: (888) 749-7747
                                                                     Email: gonnellia@thesultzerlawgroup.com

                                                                     **ATTORNEYS FOR PLAINTIFF AND
                                                                     THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

A copy of the foregoing document was on this 4th day of November 2016, served on all counsel of record by electronic mail by the Clerk of the Court via the CM/ECF system.

                                                                      /s/ Bonner C. Walsh
                                                                     Bonner C. Walsh